**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Able HomeCare of Bessemer | HomeCare, Lifeline | Bessemer | AL |
| Able HomeCare of Gardendale | HomeCare, Lifeline | Gardendale | AL |
| Acadian HomeCare | HomeCare, Lifeline | Lafayette | LA |
| Acadian HomeCare / Abbeville | HomeCare, Lifeline | Abbeville | LA |
| Acadian HomeCare / Acadia Parish | HomeCare, Lifeline | Crowley | LA |
| Acadian HomeCare / New Iberia | HomeCare, Lifeline | New Iberia | LA |
| Acadia-St. Landry Home Health Agency | HomeCare, Lifeline | Church Point | LA |
| Arkansas HomeCare of Forrest City | HomeCare | Forrest City | AR |
| Arkansas HomeCare of Fulton | HomeCare | Salem | AR |
| Arkansas HomeCare of Hot Springs | HomeCare | Hot Springs | AR |
| Arkansas Hospice of Forrest City | Hospice | Forrest City | AR |
| Athens-Limestone HomeCare | HomeCare | Athens | AL |
| Baton Rouge HomeCare, LLC | HomeCare, Lifeline | Baton Rouge | LA |
| Bienville Medical Center | Critical Access | Arcadia | LA |
| Boone Memorial HomeCare | HomeCare | Madison | WV |
| Bunkie HomeCare | HomeCare, Lifeline | Bunkie | LA |
| Central Arkansas HomeCare | HomeCare | Hot Springs | AR |
| Clay County Hospital Home Care | HomeCare | Ashland | AL |
| D.W. McMillan Home Health | HomeCare, Lifeline | Brewton | AL |
| Dallas County Medical Center HomeCare | HomeCare, Lifeline | Fordyce | AR |
| Delhi HomeCare | HomeCare, Lifeline | Delhi | LA |
| Diabetes Self Management Center, Inc. | Diabetes Self Management | Lafayette | LA |

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Eunice Community Home Health | HomeCare, Lifeline | Eunice | LA |
| Eunice Extended Care Hospital | Long Term Acute Care, Geri-Psychiatric Services | Eunice | LA |
| Eureka Springs Hospital Home Health and Hospice | HomeCare, Lifeline, Hospice | Holiday Island | AR |
| Evangeline Extended Care Hospital | Long Term Acute Care | Mamou | LA |
| Extendicare of West Tennessee (Henderson) | HomeCare | Henderson | TN |
| Extendicare of West Tennessee (Jackson) | HomeCare | Jackson | TN |
| Extendicare of West Tennessee (Union City) | HomeCare | Union City | TN |
| Floyd HomeCare | HomeCare | Rome | GA |
| Forrest City Home Medical Equipment | HomeCare | Forrest City | AR |
| Franklin HomeCare | HomeCare, Lifeline | Franklin | LA |
| Georgia HomeCare of Harris | HomeCare | Pine Mountain | GA |
| Glenwood Home Health Agency | HomeCare, Lifeline | West Monroe | LA |
| Good Shepherd HomeCare | HomeCare | Longview | TX |
| Good Shepherd HomeCare / Linden | HomeCare | Linden | TX |
| Gulf Coast HomeCare (Gulfport) | HomeCare, Lifeline | Gulfport | MS |
| Gulf Coast HomeCare (Picayune) | HomeCare, Lifeline | Picayune | MS |
| HomeCare Plus, Inc. | HomeCare | Lewisburg | WV |
| Home Care Plus Medical Equipment | HomeCare | Peterstown | WV |
| Hood Home Health Service, LLC | HomeCare, Lifeline | Amite | LA |
| Housecalls Home Health | HomeCare, Lifeline | Parkersburg | WV |
| Housecalls Home Health (Ohio) | HomeCare | Belpre | OH |
| Housecalls Hospice | Hospice | Parkersburg | WV |

2

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Iberia Extended Care Hospital | Long Term Acute Care | New Iberia | LA |
| Infirmary Home Pharmacy Services | Pharmaceutical Services | Mobile | AL |
| Infirmary HomeCare of Grove Hill | HomeCare | Grove Hill | AL |
| Infirmary HomeCare of Mobile | HomeCare | Mobile | AL |
| Jeff Davis Home Health | HomeCare, Lifeline | Jennings | LA |
| Kaplan HomeCare | HomeCare, Lifeline | Kaplan | LA |
| Leaf River Home Health Care, LLC | HomeCare, Lifeline | Richton | MS |
| LeBlanc, Chamberlain and Martin PT Services | Therapy | Opelousas | LA |
| LHC Group, Inc. - Home Office | Management & Billing Services | Lafayette | LA |
| LHC Group Pharmaceutical Services, LLC | Pharmaceutical Services | Lafayette | LA |
| LHC HomeCare of South Alabama | HomeCare | Opp | AL |
| Lifeline Health Care of Butler | HomeCare | Morgantown | KY |
| Lifeline Health Care of Clinton | HomeCare | Albany | KY |
| Lifeline Health Care of Cumberland | HomeCare | Burkesville | KY |
| Lifeline Health Care of Edmonson | HomeCare | Brownsville | KY |
| Lifeline Health Care of Fayette | HomeCare | Lexington | KY |
| Lifeline Health Care of Green | HomeCare | Greensburg | KY |
| Lifeline Health Care of Hart | HomeCare | Munfordville | KY |
| Lifeline Health Care of Lincare | HomeCare | Hopkinsville | KY |
| Lifeline Health Care of Lincoln | HomeCare | Stanford | KY |
| Lifeline Health Care of Logan | HomeCare | Russellville | KY |
| Lifeline Health Care of Lyon | HomeCare | Eddyville | KY |

## Exhibit A

| Name of Facility | Services | City | State |
|---|---|---|---|
| Lifeline Health Care of McCreary | HomeCare | Whitley City | KY |
| Lifeline Health Care of Pulaski | HomeCare | Somerset | KY |
| Lifeline Health Care of Russell | HomeCare | Russell Springs | KY |
| Lifeline Health Care of Sarasota | HomeCare, Management & Billing Services | Sarasota | FL |
| Lifeline Health Care of Sebring | HomeCare, Management & Billing Services | Sebring | FL |
| Lifeline Health Care of Simpson | HomeCare | Franklin | KY |
| Lifeline Health Care of Taylor | HomeCare | Campbellsville | KY |
| Lifeline Health Care of Warren | HomeCare | Bowling Green | KY |
| Lifeline Health Care of Wayne | HomeCare | Monticello | KY |
| Lifeline Home Health Care of Fulton | HomeCare | Fulton | KY |
| Lifeline Home Health Care of Lady Lake | HomeCare, Management & Billing Services | Lady Lake | FL |
| Lifeline Home Health Care of Lakeland | HomeCare, Management & Billing Services | Lakeland | FL |
| Lifeline Home Health Care of Marathon | HomeCare, Management & Billing Services | Marathon | FL |
| Lifeline Home Health Care of Port Charlotte | HomeCare, Management & Billing Services | Port Charlotte | FL |
| Lifeline Home Health Care of Springfield | HomeCare | Springfield | TN |
| Lifeline Home Health Care of Union City | HomeCare | Union City | TN |
| Lifeline Private Duty of Kentucky | Private Duty | Somerset | KY |
| Louisiana Extended Care Hospital of Lafayette | Long Term Acute Care | Lafayette | LA |
| Louisiana Extended Care Hospital of Natchitoches | Long Term Acute Care | Natchitoches | LA |
| Louisiana Extended Care Hospital of West Monroe | Long Term Acute Care | West Monroe | LA |
| Louisiana Family Fitness Center | Family Fitness | Opelousas | LA |
| Louisiana HomeCare | HomeCare, Lifeline | Mansfield | LA |

4

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Louisiana HomeCare / Houma | HomeCare, Lifeline | Houma | LA |
| Louisiana HomeCare / Jonesville | HomeCare, Lifeline | Jonesville | LA |
| Louisiana HomeCare / Ruston | HomeCare, Lifeline | Ruston | LA |
| Louisiana HomeCare / Shreveport | HomeCare, Lifeline | Shreveport | LA |
| Louisiana HomeCare / Vidalia | HomeCare, Lifeline | Vidalia | LA |
| Louisiana HomeCare / Zwolle | HomeCare, Lifeline | Zwolle | LA |
| Louisiana HomeCare of Alexandria | HomeCare | Alexandria | LA |
| Louisiana HomeCare of Hammond | HomeCare, Lifeline | Hammond | LA |
| Louisiana HomeCare of Lafayette | HomeCare | Lafayette | LA |
| Louisiana HomeCare of Minden | HomeCare, Lifeline | Minden | LA |
| Louisiana HomeCare of Miss-Lou | HomeCare, Lifeline | Ferriday | LA |
| Louisiana HomeCare of Monroe | HomeCare, Lifeline | Monroe | LA |
| Louisiana HomeCare of Slidell | HomeCare, Lifeline | Slidell | LA |
| Louisiana HomeCare of Springhill | HomeCare, Management & Billing Services, Lifeline | Springhill | LA |
| Louisiana Hospice & Palliative Care | Hospice | Opelousas | LA |
| Louisiana Hospice & Palliative Care of Jennings | Hospice | Jennings | LA |
| Louisiana Hospice of Mamou | Hospice | Mamou | LA |
| Lourdes Senior HomeCare | HomeCare | Layfette | LA |
| Marksville HomeCare | HomeCare | Marksville | LA |
| Marshall Regional Medical Center HomeCare | HomeCare, Management & Billing Services, Lifeline | Marshall | TX |
| Mena Regional Home Health | HomeCare, Management & Billing Services, Lifeline | Mena | AR |
| Mena Regional Hospice | Hospice | Mena | AR |

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Mississippi HomeCare / Brandon | HomeCare, Lifeline | Brandon | MS |
| Mississippi HomeCare / Clinton | HomeCare | Clinton | MS |
| Mississippi HomeCare / Fayette | HomeCare, Lifeline | Fayette | MS |
| Mississippi HomeCare / Hattiesburg | HomeCare, Lifeline | Hattiesburg | MS |
| Mississippi HomeCare / Hazelhurst | HomeCare, Lifeline | Hazelhurst | MS |
| Mississippi HomeCare / Laurel | HomeCare | Laurel | MS |
| Mississippi HomeCare / Madison | HomeCare | Madison | MS |
| Mississippi HomeCare / Magee | HomeCare | Magee | MS |
| Mississippi HomeCare / Port Gibson | HomeCare, Lifeline | Port Gibson | MS |
| Mississippi HomeCare / Rolling Fork | HomeCare, Lifeline | Rolling Fork | MS |
| Mississippi HomeCare / Vicksburg | HomeCare, Lifeline | Vicksburg | MS |
| Mississippi HomeCare / Wiggins | HomeCare, Lifeline | Wiggins | MS |
| Mississippi HomeCare / Yazoo City | HomeCare, Lifeline | Yazoo City | MS |
| Mississippi HomeCare of Bruce | HomeCare | Bruce | MS |
| Mississippi HomeCare of Columbus | HomeCare | Columbus | MS |
| Mississippi HomeCare of Eupora | HomeCare | Eupora | MS |
| Mississippi HomeCare of Grenada | HomeCare | Grenada | MS |
| Mississippi HomeCare of Jackson II | HomeCare, Lifeline | Jackson | MS |
| Mississippi HomeCare of Kosciusko | HomeCare | Kosciusko | MS |
| Mississippi HomeCare of Philadelphia | HomeCare | Philadelphia | MS |
| Mississippi HomeCare of Starkville | HomeCare | Starkville | MS |
| Munroe Regional HomeCare | HomeCare | Ocala | FL |

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| North Arkansas HomeCare | HomeCare | Salem | AR |
| Northeast Arkansas HomeCare | HomeCare | Forrest City | AR |
| Northwest Arkansas HomeCare | HomeCare, Lifeline | Holiday Island | AR |
| Nursing Care | HomeCare, Lifeline | Morgan City | LA |
| PCH Home Health | HomeCare | Princeton | WV |
| Patient's Choice Hospice | Hospice | Forrest City | AR |
| Patient's Choice Hospice & Palliative Care of LA | Hospice | Monroe | LA |
| Red River HomeCare, LLC | HomeCare, Lifeline | Reno | TX |
| Richardson Medical Center HomeCare, LLC | HomeCare, Lifeline | Rayville | LA |
| Roane HomeCare | HomeCare | Spencer | WV |
| St. Francis HomeCare | HomeCare, Lifeline | Monroe | LA |
| St. James HomeCare, LLC | HomeCare, Lifeline | Lutcher | LA |
| St. Landry Extended Care Hospital | Long Term Acute Care | Opelousas | LA |
| St. Landry HomeCare | HomeCare, Lifeline | Opelousas | LA |
| Southern Home Health | HomeCare, Lifeline | Port Arthur | TX |
| Southern Home Health-Dequincy | HomeCare, Lifeline | DeQuincy | LA |
| Southern Home Health-Lake Charles | HomeCare, Lifeline | Lake Charles | LA |
| Southern Home Health-Lake Charles, Pediatric Div. | Pediatric Services | Lake Charles | LA |
| Southern Home Health-Sulphur | HomeCare, Lifeline | Sulphur | LA |
| Southern Home Health-Sulphur Pediatric Div. | Pediatric Services | Sulphur | LA |
| Stanocola Home Health | HomeCare | Baton Rouge | LA |
| Stone County HomeCare | HomeCare, Lifeline | Wiggins | MS |

**Exhibit A**

| Name of Facility | Services | City | State |
|---|---|---|---|
| Texarkana HomeCare | HomeCare, Lifeline | Texarkana | TX |
| Thomas Home Health | HomeCare | Daphne | AL |
| Tri-Parish Community HomeCare, LLC | HomeCare, Lifeline | Oakdale | LA |
| Tyler HomeCare | HomeCare, Lifeline | Tyler | TX |
| Univ. of TN Medical Ctr. Home Care Svcs. (Hospice) | Hospice | Knoxville | TN |
| University of TN Medical Ctr. Home Care Svcs. (HH) | HomeCare | Knoxville | TN |
| Ville Platte Home Health Agency | HomeCare, Lifeline | Ville Platte | LA |
| Welsh HomeCare | HomeCare, Lifeline | Welsh | LA |



GORDON
ARATA MCCOLLAM DUPLANTIS & EAGAN LLP

Samuel E. Masur
smasur@gordonarata.com

P.O. Box 81829 (Zip 70598-1829)
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508-8517
(337) 237-0132 · Fax (337) 237-3451
www.gordonarata.com

November 29, 2007

Ref.: 4799-25555

***Via Hand Delivery***
Honorable Cathy Carter
Deputy Clerk, United States District Court
Western District of Louisiana
Lafayette-Opelousas Division
2100 John M Shaw, U. S. Courthouse
800 Lafayette Street
Lafayette, Louisiana 70501

Re:   **Filed Under Seal**
United States of America, *ex.rel.* Judy Master, v.
LHC Group, Inc., USDC, Western District of
Louisiana, Lafayette-Opelousas Division, Civil
Action Nº: 6:07-CV-1117

Dear Ms. Carter:

On behalf of Relator, Judy Master, enclosed please find an original and two (2) copies of Relator's First Amended Complaint and Jury Demand and attached Exhibit which we ask that you file **Under Seal** pursuant to Order dated July 3, 2007 into the Court's record for the captioned matter. Please date stamp the copies and return to the undersigned *via* court runner for our records.

Should you have any questions concerning this matter, please do not hesitate to contact me. Thank you for your assistance in this matter.

Sincerely yours,

Samuel E. Masur

SEM/str
Enclosures
cc: (w/encls.)   Mr. Greg M. Utter
Mr. Joseph M. Callow, Jr.
Ms. Danielle M. D'Addesa
Mr. Brian A. Riddell
Mr. Joel D. Hesch
Mr. A. Gregory Grimsal (*via email*)

201 St. Charles Avenue, 40th Floor · New Orleans, Louisiana 70170-4000 · (504) 582-1111 · Fax (504) 582-1121
One American Place · 301 Main Street, Suite 1600 · Baton Rouge, Louisiana 70801-1916 · (225) 381-9643 · Fax (225) 336-9763
2200 West Loop South, Suite 1050 · Houston, Texas 77027-3533 · (713) 333-5500 · Fax (713) 333-5501

GAMDE-LAF:42376v1