**MINUTES [00:50]**
**September** 30, **2011**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**
**held in Shreveport**

| | |
|---|---|
| JUDY MASTER | CIVIL ACTION NO. 07-1117 |
| | ***SEALED*** |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| LHC GROUP INC, ET AL. | MAGISTRATE JUDGE HORNSBY |

On September 30, 2011, a telephone status conference was held in the above-captioned matter. Karen King and Susan Lynch participated on behalf of the United States of America. Greg Grimsal, Danielle D'Addessa, Gregory Utter, Joel Hesch, and Joe Callow participated on behalf of the Plaintiff/Relator.

At the outset, the Court noted that the Government filed its Notice of Election To Intervene In Part and To Decline In Part. [Record Document 61]. Settlement on the non-declined claims including Relator's claim for an award and for attorneys fees has, for all intents and purposes, been finalized, and LHC has tendered payment accordingly. The Government shall file its notice of Partial Dismissal within **five days**.

The parties informed the Court that the Relator and LHC have reached a tentative settlement agreement on all aspects of the declined claims. Although the Relator and LHC

agree to the settlement, the agreement is now awaiting approval of settlement authority from the Department of Justice.  The parties anticipate this approval can be achieved within thirty days.  Thus, upon the Government's filing of the Partial Dismissal, this matter will be stayed for a period of thirty days, to allow the parties adequate time to conclude settlement negotiations and approval on the declined claims.  The Relator is directed to file a status report within thirty days to update the Court on the settlement of the declined claims, whether an extension of the stay will be necessary, and whether a telephone conference with the Court is needed.

Finally, the Government moved to unseal the record in this matter, with the exception of any documents that would reveal or impair the Government's investigative process or strategy.  The Court **GRANTED** the Government's motion and ordered that the case be unsealed, with the exception of the following documents which **shall remain under seal**:  Record Document 9, Record Document 10, Record Document 14, Record Document 15, Record Document 16, Record Document 17, Record Document 18, Record Document 19, Record Document 20, Record Document 21, Record Document 22, Record Document 24, Record Document 25, Record Document 27, Record Document 28, Record Document 29, Record Document 32, Record Document 37, Record Document 38, Record Document 39, Record Document 40, Record Document 41, Record Document 42, Record Document 43, Record Document 44, Record Document 45, Record Document 46, Record Document 47, Record Document 50, Record Document 51, Record Document 52, Record

Document 53, Record Document 54, Record Document 55, Record Document 56, Record Document 57, Record Document 58, Record Document 59, and Record Document 60.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE